UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORID
PENSACOLA DIVISION

JON SANDERSON CHRIS HAIL,
Inmate No. 0H4408,
     Plaintiff,

vs.                                Case No.: 3:21cv654/LAC/EMT

TENTH JUDICIAL SAO, et al.,
     Defendants.
                             /

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on April 30, 2021 (ECF No. 6).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 5) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED WITHOUT PREJUDICE** pursuant to U.S.C. § 1915(g) based on Plaintiff's failure to pay the filing fee at the time he

initiated the action and pursuant to 28 U.S.C. § 1915A(b)(1) as malicious.

3.     The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 15th day of June, 2021.

 s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:21cv654/LAC/EMT